## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Paul J. Mcginn, Sr. aka Paul J. McGinn dba<br>Paul's Cleaners<br><br>　　　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 18-10918 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2005-FM1 and index same on the master mailing list.

                                            Respectfully submitted,

                                            **/s/ Kevin G. McDonald, Esq.**
                                            Kevin G. McDonald, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322