UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Paul J. McGinn, Sr.<br>aka Paul J. McGinn<br>dba Paul's Cleaners,<br><br>Debtor.<br><br>Wells Fargo Bank, National Association, As Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1,<br><br>Objecting Party<br>v.<br><br>Paul J. McGinn, Sr., Debtor, and William C. Miller, Ch. 13 Trustee,<br><br>Respondents. | Bankruptcy 18-10918-amc<br><br>Chapter 13<br><br>Related to Doc. No. 29 |

## STIPULATION RESOLVING OBJECTION TO CONFIRMATION OF PLAN

AND NOW, comes Movant, Wells Fargo Bank, National Association, As Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 and through its undersigned counsel, Robertson, Anschutz & Schneid, P.L., and Debtor, Paul J. McGinn, Sr. ("Debtor"), by and through their undersigned counsel, Robert H. Holber, Esq. together file this Consent Order Resolving Objection to Confirmation of Plan, stating as follows:

1. Section 4(b) of Debtors Amended Chapter 13 Plan, Docket No. 29, does not apply to Secured Creditor.

SPACE INTENTIONALLY LEFT BLANK

Page 2
Debtors: Paul J. McGinn, Sr.
Case No.: 18-10918-amc
Caption of Order: **Consent Order Resolving Objection to Confirmation**

The undersigned consent to the terms, conditions and entry of this Order:

By: _____  
Robert H. Holber, Esq.  
*Attorney for Debtor*  
Date: 9/13/15

By: /s/ Kevin Buttery  
Kevin Buttery, Esq.  
*Attorney for Secured Creditor*  
Date: 09/25/2018

**Date: September 27, 2018**

_____  
Ashely M. Chan  
United States Bankruptcy Judge