```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-10918-amc
Paul J. McGinn, Sr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Sep 27, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db             +Paul J. McGinn, Sr.,    1345 Valley Road,    Woodlyn, PA 19094-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee,
               et al... bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wells Fargo Bank, National Association. as Trustee for
               Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 bkyefile@rasflaw.com
              ROBERT H. HOLBER    on behalf of Debtor Paul J. McGinn, Sr. rholber@holber.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re:<br><br>Paul J. McGinn, Sr.<br>aka Paul J. McGinn<br>dba Paul's Cleaners,<br><br>        Debtor.<br><br><br>Wells Fargo Bank, National Association, As Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1,<br><br>        Objecting Party<br>v.<br><br>Paul J. McGinn, Sr., Debtor, and William C. Miller, Ch. 13 Trustee,<br><br><br>        Respondents. | Bankruptcy 18-10918-amc<br><br>Chapter 13<br><br>Related to Doc. No. 29 |
|---|---|

### STIPULATION RESOLVING OBJECTION TO CONFIRMATION OF PLAN

AND NOW, comes Movant, Wells Fargo Bank, National Association, As Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 and through its undersigned counsel, Robertson, Anschutz & Schneid, P.L., and Debtor, Paul J. McGinn, Sr. ("Debtor"), by and through their undersigned counsel, Robert H. Holber, Esq. together file this Consent Order Resolving Objection to Confirmation of Plan, stating as follows:

1. Section 4(b) of Debtors Amended Chapter 13 Plan, Docket No. 29, does not apply to Secured Creditor.

SPACE INTENTIONALLY LEFT BLANK

Page 2
Debtors: Paul J. McGinn, Sr.
Case No.: 18-10918-amc
Caption of Order: **Consent Order Resolving Objection to Confirmation**

The undersigned consent to the terms, conditions and entry of this Order:

By: _____  By: /s/ Kevin Buttery
Robert H. Holber, Esq.              Kevin Buttery, Esq.
*Attorney for Debtor*               *Attorney for Secured Creditor*
Date: 9/13/18                       Date: 09/25/2018

**Date: September 27, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge

RAS 18-140569