IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PAUL J. MCGINN          :   CHAPTER 13
                               :
             Debtor            :   Bankruptcy No.: 18-10918

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Debtor hereby certify that:

1. The Notice of Motion, Response Deadline and Hearing Date as regards Application for Compensation and Reimbursement of Expenses, was served upon U.S. Trustees Office, Chapter 13 Trustee, William C. Miller all creditors listed on Matrix and all interested parties on or about October 3, 2018 and

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated: 10/29/18

_____
ROBERT H. HOLBER, ESQUIRE
Counsel for Debtor
41 E. Front Street
Media, PA. 19063
(610) 565-5463