IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Paul McGinn                :    Chapter 13
                                   :
         Debtor                    :
                                   :    Bankruptcy No. 18-10918

## ORDER

AND NOW, this 30th day of October, 2018 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $2,312.50 as fees and $404.00 as expenses for services rendered in connection with the above referenced case for a total award of $2,716.50 less $1,500.00 paid prepetition. The sum of $ 1,216.50 shall be paid by Chapter 13 Trustee to Debtor's counsel.

By the Court:

_____
                            J.