```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-10918-amc
Paul J. McGinn, Sr.                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 1         Date Rcvd: Oct 30, 2018
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db             +Paul J. McGinn, Sr.,    1345 Valley Road,    Woodlyn, PA 19094-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, National Association. as Trustee
               for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee,
               et al... bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wells Fargo Bank, National Association. as Trustee for
               Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 kbuttery@rascrane.com
              ROBERT H. HOLBER    on behalf of Debtor Paul J. McGinn, Sr. rholber@holber.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Paul McGinn                                :       Chapter 13
                                                   :
              Debtor                               :
                                                   :       Bankruptcy No. 18-10918

## O R D E R

AND NOW, this 30th day of October, 2018 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $2,312.50 as fees and $404.00 as expenses for services rendered in connection with the above referenced case for a total award of $2,716.50 less $1,500.00 paid prepetition.  The sum of $ 1,216.50 shall be paid by Chapter 13 Trustee to Debtor's counsel.

By the Court:

_____ J.