# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Paul J. Mcginn, Sr. aka Paul J. McGinn dba Paul's Cleaners<br><br>                                  Debtor | CHAPTER 13 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2005-FM1<br>                                  Movant<br>            vs. | NO. 18-10918 AMC |
| Paul J. Mcginn, Sr. aka Paul J. McGinn dba Paul's Cleaners<br>                                  Debtor | 11 U.S.C. Sections 362 and 1301 |
| Patricia A. McGinn        Co-Debtor | |
| William C. Miller Esq.<br>                                  Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion of WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2005-FM1 for Relief from the Automatic Stay Under Sections 362 and 1301, which was filed with the Court on or about October 12, 2018 (Document No. 46).

                                        Respectfully submitted,

                                        **/s/ Kevin G. McDonald, Esquire**
                                        Kevin G. McDonald, Esquire
                                        Attorney for Movant
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

November 6, 2018