```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-10918-elf
Paul J. McGinn, Sr.                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 1              Date Rcvd: Aug 21, 2020
                             Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db        +Paul J. McGinn, Sr.,   1345 Valley Road,   Woodlyn, PA 19094-1123
cr        +Wells Fargo Bank, National Association. as Trustee,   Robertson, Anschutz & Schneid, P.L.,
           6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
        KEVIN G. MCDONALD   on behalf of Creditor    Wells Fargo Bank, National Association. as Trustee
         for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee,
         et al... bkgroup@kmllawgroup.com
        KEVIN M. BUTTERY   on behalf of Creditor    Wells Fargo Bank, National Association. as Trustee for
         Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 cdigianantonio@rascrane.com
        REBECCA ANN SOLARZ   on behalf of Creditor    Wells Fargo Bank, National Association. as Trustee
         for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 bkgroup@kmllawgroup.com
        ROBERT H. HOLBER   on behalf of Debtor Paul J. McGinn, Sr. rholber@holber.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Paul J. Mcginn, Sr. aka Paul J. McGinn dba Paul's Cleaners<br><br>                Debtor | CHAPTER 13 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2005-FM1<br>                Movant<br>vs. | NO. 18-10918 ELF |
| Paul J. Mcginn, Sr. aka Paul J. McGinn dba Paul's Cleaners<br>                Debtor | 11 U.S.C. Sections 362 and 1301 |
| Patricia A. McGinn<br>                Co-Debtor | |
| William C. Miller, Esquire<br>                Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is $3,699.48, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | May 2020 to July 2020 at $1,297.73/month |
| Fees & Costs Relating to Motion: | $831.00 |
| Suspense Balance: | $1,024.71 |
| **Total Post-Petition Arrears** | **$3,699.48** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on August 1, 2020 and continuing through January 1, 2021 until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,297.73** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$616.58 from August 2020 to January 2021** towards the arrearages on or before the last day of each month at the address below:

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
ATTN: BANKRUPTCY DEPT.
P.O. BOX 619096
DALLAS, TX 75261-9741

    b).    Maintenance of current monthly mortgage payments to the Movant thereafter.

    3.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

    4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

    5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    6.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

    7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

    8.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

    9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:   July 29, 2020                                     By: /s/ Rebecca A. Solarz, Esquire
                                                                    Attorney for Movant

Date:   *August 10, 2020*                         /s/ Robert H. Holber, Esquire
                                                       Robert H. Holber, Esquire
                                                       Attorney for Debtors

Date:   8-07-2020

                                                   Paul J. McGinn, Sr.

Date: 8/19/2020

/s/ LeRoy W. Etheridge, Esq. for
William C. Miller, Esquire
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any
trustee rights and remedies.

**O R D E R**

Approved by the Court this 21st day of August, 2020. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank