Certificate Number: 03621-PAE-DE-037184662

Bankruptcy Case Number: 18-10918



03621-PAE-DE-037184662

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 14, 2023, at 8:50 o'clock PM EST, Paul J Mcginn completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 15, 2023            By:    /s/Bill Sheehan

                                     Name:  Bill Sheehan

                                     Title: Counselor