United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paul J. McGinn, Sr.  
    Debtor

Case No. 18-10918-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Feb 15, 2023     Form ID: 138OBJ     Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul J. McGinn, Sr., 1345 Valley Road, Woodlyn, PA 19094-1123 |
| 14053977 | + | Jill P. Jenkins, Esquire, KML Law Group, Suite 500, BNY Independence Ct., 701 Market St., Philadelphia, PA 19106-1541 |
| 14053978 | + | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 14204172 | + | Wells Fargo Bank, National Association, c/o Kevin G. McDonald, Esq., KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 16 2023 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2023 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14053976 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 16 2023 00:06:00 | AmeriCredit, P.O. Box 183003, Arlington, Tx 76014 |
| 14092939 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2023 00:13:38 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14053979 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 00:06:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 14095002 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 00:06:00 | Nationstar/Mr. Cooper, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 14109715 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 00:06:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, INVESTORS TRUST, SERIES 2005-FM1, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14053980 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 00:06:00 | Wells Fargo, N.A., c/o Nationstar Mortgage, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

Case 18-10918-elf    Doc 74    Filed 02/17/23    Entered 02/18/23 00:30:28    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 138OBJ | Total Noticed: 12 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wells Fargo Bank National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wells Fargo Bank National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wells Fargo Bank National Association, as Trustee, et al... bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wells Fargo Bank National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 cdigianantonio@rascrane.com |
| ROBERT H. HOLBER | on behalf of Debtor Paul J. McGinn Sr. rholber@holber.com |
| ROGER FAY | on behalf of Creditor Wells Fargo Bank National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Paul J. McGinn, Sr.
    Debtor(s)

Case No: 18−10918−elf
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/15/23

73 − 65
Form 138OBJ