United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-10918-pmm
Paul J. McGinn, Sr. Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 23, 2023     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul J. McGinn, Sr., 1345 Valley Road, Woodlyn, PA 19094-1123 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wells Fargo Bank National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wells Fargo Bank National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wells Fargo Bank National Association, as Trustee, et al... bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | |

on behalf of Creditor Wells Fargo Bank National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 cdigianantonio@rascrane.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Wells Fargo Bank National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 mfarrington@kmllawgroup.com

ROBERT H. HOLBER
on behalf of Debtor Paul J. McGinn Sr. rholber@holber.com

ROGER FAY
on behalf of Creditor Wells Fargo Bank National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 rfay@milsteadlaw.com, bkecf@milsteadlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Paul J. McGinn, Sr. : Case No. 18−10918−pmm
    Debtor(s)

### ORDER
_____

AND NOW, this day , May 23, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

80
Form 195